UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Arttrelle Thomas | ) |
|        Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No. 3:26-cv-142 |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC. | ) |
| | ) JURY TRIAL DEMANDED |
|        Defendant, | ) |
| | ) |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

## I. INTRODUCTION

1. Plaintiff Arttrelle Thomas, by counsel, brings this civil action against EQUIFAX INFORMATION SOLUTIONS LLC through counsel. seeking actual damages, statutory damages, costs, attorneys fees and other relief for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

## II. JURISDICTION AND VENUE

2. This District obtains subject matter jurisdiction over Plaintiff's claims pursuant to 15 U.S.C. § 1681p, which provides for jurisdiction of actions arising under the FCRA.

3. Defendant EQUIFAX INFORMATION SERVICES LLC (hereinafter as "Equifax") is a consumer reporting agency subject to the requirements of the FCRA and is therefore subject to the jurisdiction of this Court.

4. Venue is proper as the Plaintiff lives in Mecklenburg County, North Carolina and the conduct described in this action occurred in this District.

## III. IDENTIFICATION OF PARTIES

5. Mr. Thomas is a natural person and a Consumer as defined by 15 U.S.C. § 1681a(c). He currently resides in Mecklenburg County, North Carolina and actively participates in the consumer credit industry.

6. Equifax is a Georgia corporation. Equifax's primary business address is 1550 Peachtree Street NW, Atlanta, GA 30309.

7. Equifax's registered agent is Corporation Service Company. Its principal address is 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

8. Equifax operates as a nationwide Consumer Reporting Agency ("CRA") under the definition set out in 15 U.S.C. § 1681a(f). For a fee or through cooperative

arrangements, it regularly collects and analyzes credit and consumer data, then sells or provides that information to third parties in the form of consumer reports. In doing so, Equifax makes use of interstate commerce channels such as the mail and the internet. Because of this, Equifax is directly subject to the requirements of the FCRA and is fully aware of the legal duties placed on it by federal law.

## IV. FACTS AND ALLEGATIONS

9. On or about July 11, 2025, Mr. Thomas requested and obtained a copy of his consumer disclosure from Equifax through the online portal that Equifax uses known as annualcreditreport.com. The Equifax Confirmation Number is 5192549507.

10. When Mr. Thomas reviewed the disclosure, he noticed there was a significant amount of incomplete and inaccurate information contained in the disclosure.

11. Mr. Thomas's plan was to verify the information contained in his file and to dispute any inaccurate information that may interfere with his creditworthiness.

12. The incomplete and inaccurate information in the disclosure prevented Mr. Thomas's from being able to verify or dispute the adverse accounts in his file.

13. Some of the fields omitted by Equifax in Mr. Thomas's disclosure include account numbers, date of last activity, actual payment amount, and charge off amounts. Equifax also failed to disclose complete payment history for multiple accounts.

3

14. The omissions made by Equifax are in direct violation of 15 U.S.C. § 1681g(a)(1) as it possessed or should have possessed the information omitted from Mr. Thomas's disclosure.

15. The violations of 15 U.S.C. § 1681g(a)(1), committed by Equifax have caused a great amount of harm to Mr. Thomas including statutory rights deprivation, financial hardships, risk of disproportionate adverse results when applying for extensions of credit, a deterrence of involvement in the credit industry, worry that his credit rating being subject to irrevocable damage,  anxiety pertaining to his financial and personal future, and fear in operating in an economy that is so reliant on a consumer's credit history.

16. Consumers receiving full and complete file information plays a vital role in their ability to identify, investigate and dispute inaccuracies in their file. Pursuant to 15 U.S.C. § 1681g(a)(1), every consumer reporting agency shall, upon request, clearly and accurately disclose to the consumer all information in the consumer's file.

17. The tradelines Mr. Thomas noticed were inaccurate and incomplete were HYUNDAI MOTOR FINANCE CORP, MISSOURI HIGHER EDUCATION LOAN, THD/CBNA, SYNCB/CARE CREDIT, PENTAGON FEDERAL CREDIT UNION, NORDSTROM/TD BANK, FNB OMAHA, 2 (TWO) FIRST PREMIER ACCOUNTS, CREDIT CARD FB&T, DISCOVER CARD, CAPITAL ONE BANK USA NA, BEST EGG, WELLS FARGO CARD SERVICES, CAPITAL ONE/NEIMAN MARCUS, THE BANK OF MISSOURI,  CONTINENTAL

FINANCE COMPANY, FIRST TECH FEDERAL CU, AMERICAN EXPRESS, and SYNC/BELK DUAL CARD.

18. The HYUNDAI MOTOR FINANCE CORP tradeline entry contained missing information. The account number (*5750) is incomplete. The "Schedule Payment Amount" and 8 other disclosures are missing. The "24 Month History" section has two years of missing information and multiple disclosures missing in this field.

19. The MISSOURI HIGHER EDUCATION LOAN account tradeline entry contains missing information. The account number provided (*0905) is incomplete. The "Scheduled Payment Amount" and 9 other disclosures in this field are missing and incomplete. The "Payment History" and "24 Month History" have years of missing disclosures and missing sections through the fields. The "24 Month History" does not give 24 months of data.

20. The THD/CBNA account tradeline entry contains missing information. The account number provided (*9417) is incomplete. The "Date of Last Activity" and 14 other disclosures are missing in this field. The "Payment History" and "24 Month History" are missing both months of disclosures and full sections of information. The "24 Month History" does not give 24 months of data in this field.

21. The SYNCB/CARE CREDIT account tradeline entry contains missing information. The account number provided (*2484) is incomplete. The "Date of Last Activity" and 9 other disclosures are missing. The "Payment History" has

months of missing data. The "24 Month History" does not disclose 24 months of information and has missing sections of disclosures in this field.

22. The PENTAGON FEDERAL CREDIT UNION account tradeline entry contains missing information. The account number provided (*1703) is incomplete. The "Date of Last Activity" and 13 other disclosures are missing. The "Payment History" has months of missing information. The "24 Month History" does not disclose 24 months of data and has missing sections of data in this field.

23. The NORDSTROM/TD BANK account tradeline entry contains missing information. The account number provided (*6400) is incomplete. The "Date of Last Activity" and 15 other disclosures in this field are incomplete. The "Payment History" has months of missing disclosures. The "24 Month History" does not disclose 24 months of data and has missing sections of data in this field.

24. The FNB OMAHA account tradeline entry contains missing information. The account number provided (*2495) is incomplete. The "Date of Last Activity" and 16 other disclosures are missing in this field. The "24 Month History" does not disclose 24 months of data and has missing sections of data in this field.

25. The 2 (TWO) FIRST PREMIER account tradeline entries contain missing information. The account numbers provided (*1973) and (*4689) are incomplete. The "Date of Last Activity" and 15 other disclosures in these sections are missing data. Months of disclosures are missing in the "Payment History." The "24 Month

History" does not reflect 24 months of data and has missing sections of disclosures in this field.

26. The CREDIT CARD FB&T account tradeline entry contains missing information. The account number provided (*6595) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

27. The DISCOVER CARD account tradeline entry contains missing information. The account number provided (*4226) is incomplete. The "Date of Last Activity" and 14 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

28. The CAPITAL ONE BANK USA NA account tradeline entry contains missing information. The account number provided (*8598) is incomplete. The "Date of Last Activity" and 12 other disclosures are missing in this field. The "Payment History" section has a year of missing disclosures. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

29. The BEST EGG account tradeline entry contains missing information. The account number provided (*3369) is incomplete. The "Date of Last Activity" and 14 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

30. The WELLS FARGO CARD SERVICES account tradeline entry contains missing information. The account number provided (*2685) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

31. The CAPITAL ONE/NEIMAN MARCUS account tradeline entry contains missing information. The account number provided (*3813) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

32. THE BANK OF MISSOURI account tradeline entry contains missing information. The account number provided (*4738) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "Payment History" section has a year of missing disclosures. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

33. The CONTINENTAL FINANCE COMPANY account tradeline entry contains missing information. The account number provided (*2489) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "Payment History" section has a year of missing disclosures. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

34. The FIRST TECH FEDERAL CU account tradeline entry contains missing information. The account number provided (*6009) is incomplete. The "Date of Last Activity" and 15 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

35. The AMERICAN EXPRESS account tradeline entry contains missing information. The account number provided (*4113) is incomplete. The "Date of Last Activity" and 16 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has missing sections of disclosures in this field.

36. The SYNC/BELK DUAL CARD account tradeline entry contains missing information. The account number provided (*2685) is incomplete. The "Date of Last Activity" and 16 other disclosures are missing in this field. The "24 Month History" does not reflect 24 months of data and has a missing section of disclosures in this field.

## VI. LEGAL FRAMEWORK AND OBLIGATION

37. 15 U.S.C. § 1681g(a)(1) strictly requires consumer reporting agencies to "upon request… clearly and accurately disclose to the consumer (1) All information in the consumers file at the time of request." The term "file," when used in connection with information on any consumer, means all of the information on that consumer

recorded and retained by a consumer reporting agency regardless of how the information is stored.

38. Without access to full account numbers, complete balance histories, payment histories, and other critical data fields, Mr. Thomas cannot determine what is being furnished accurately, investigate his own records, verify information, calculate payments, verify history, stripping his ability to compile a detailed dispute letter in attempt to remove any inaccurate information.

## VII. DAMAGES SUSTAINED FROM EQUIFAX'S OMISSIONS

39. The toll on Mr. Thomas is undeniable. His creditworthiness has been directly harmed. Missing data made it impossible for him to identify and dispute inaccurate items, which led to financial hardship, credit denials, and unfavorable loan terms.

## VII. FIRST CLAIM FOR RELIEF - VIOLATION OF 15 U.S.C. § 1681g(a)(1)
## Failing to clearly and accurately disclose all credit information

40. Mr. Thomas adopts and incorporates all prior paragraphs as though fully set forth here.

41. Equifax violated 15 U.S.C. § 1681g(a)(1) when responding to Mr. Thomas's disclosure request by failing to provide a complete and accurate report of the information in his file. Instead of supplying the full records required by Congress, Equifax delivered disclosures that left out important and necessary information.

42. Under 15 U.S.C. § 1681n, Equifax is liable to Mr. Thomas for either his actual damages or statutory damages of up to $1,000 per violation, along with costs and reasonable attorney's fees.

43. The disclosure Equifax produced contained significant gaps, including missing balance histories, incomplete payment records, partial account numbers, and other absent account details. Each missing piece represents a separate violation of the FCRA.

44. Even if Equifax's actions are not considered willful, they were at the very least negligent. As such, Equifax remains liable under 15 U.S.C. § 1681o for Mr. Thomas' actual damages and the costs of bringing this action.

WHEREFORE, Mr. Thomas respectfully requests that the Honorable Court enter judgment against Equifax for:

   a.   The greater of statutory damages of $1,000 per incident and Mr. Thomas' actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Mr. Thomas' actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

   b.   Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

   c.   Costs pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and reasonable attorneys fees pursuant to 15 U.S.C. § 1681n(c), and;

   d.   Such other relief that this Court deems just and proper.

Respectfully submitted on February 23, 2026, by:



/Marcel A. McCrea/
Marcel A. McCrea, Esq.
Clearview Legal
PO Box 680128
Charlotte, NC 28216
T.: 980.225.9072
F: 980.225.9080
E: marcel@clearview.legal
COUNSEL FOR PLAINTIFF

# EXHIBITS

## EXHIBIT A: HYUNDAI MOTOR FINANCE CORP



**HYUNDAI MOTOR FINANCE CORP** - Closed

PO # 505550, 10550 TALBERT AVE, FOUNTAIN VALLEY, CA 927086031 | (800) 523-4030

Date Reported: **01/31/2025** | Balance: **$0**

Account Number: **\*5750**  Owner: **Individual Account**
Loan/Account Type: **Auto** | Status: **Pays As Agreed**

Credit Limit: **=** | High Credit: **$70,706**

Date Opened: **07/16/2021**
Date of Last Activity: **01/30/2025**
Scheduled Payment Amount: **=**
Actual Payment Amount: **$44,887**
Date of Last Payment: **01/30/2025**
Term Duration: **84 Months**

Date of 1st Delinquency: **=**
Date Major Delinquency 1st Reported: **=**
Amount Past Due: **=**
Charge Off Amount: **=**
Date Closed: **01/30/2025**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **42**
Deferred Payment Start Date: **=**
Balloon Payment Amount: **=**
Balloon Payment Date: **=**
Narrative Code(s): **158, 214**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | = | = | = | = | = | = | = | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | = | No Data Available |

### 24 Month History

24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/24 | $44,641 | $1,045 | $1,100 | 12/23/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 11/24 | $45,499 | $1,045 | $1,100 | 11/21/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 10/24 | $46,361 | $1,045 | $1,100 | 10/21/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 09/24 | $47,210 | $1,045 | $1,061 | 09/21/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 08/24 | $48,025 | $1,045 | = | 07/23/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 07/24 | $47,770 | $1,045 | $1,061 | 07/23/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 06/24 | $48,573 | $1,045 | $1,061 | 06/20/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 05/24 | $49,380 | $1,045 | $1,061 | 05/21/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 04/24 | $50,174 | $1,045 | $1,647 | 04/26/2024 | = | $70,706 | = | 030, 280, 214, 132 |
| 12/23 | = | = | = | 11/24/2023 | = | = | = | 220, 279, 214, 132 |
| 11/23 | = | = | = | = | = | = | = | 220, 280, 214, 132 |
| 10/23 | $54,794 | $1,045 | $1,045 | 10/27/2023 | = | $70,706 | = | 214, 132 |
| 09/23 | $55,543 | $1,045 | $1,045 | 09/01/2023 | = | $70,706 | = | 214, 132 |
| 08/23 | $56,283 | $1,045 | $1,045 | 08/18/2023 | = | $70,706 | = | 214, 132 |
| 07/23 | $57,027 | $1,045 | = | 06/23/2023 | = | $70,706 | = | 214, 132 |

# EXHIBIT B: MISSOURI HIGHER EDUCATION LOAN



**MISSOURI HIGHER EDUCATION LOAN - Closed**

633 SPIRIT DR, CHESTERFIELD, MO 630051243 | (636) 733-3700

Account Number: *0905 | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **12/23/2024** | Balance: **$0**
Credit Limit: = | High Credit: **$2,907**

Date Opened: **10/09/2003**
Date of Last Activity: **02/07/2019**
Scheduled Payment Amount: =
Actual Payment Amount: =
Date of Last Payment: **02/07/2019**
Term Duration: **240 Months**

Date of 1st Delinquency: =
Date Major Delinquency 1st Reported: =
Amount Past Due: =
Charge Off Amount: =
Date Closed: **12/31/2023**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **99**
Deferred Payment Start Date: =
Balloon Payment Amount: =
Balloon Payment Date: =
Narrative Code(s): **158, 248, 283**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | = |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | = | = | ✓ |
| 2019 | = | = | = | = | = | = | = | = | = | ✓ | = | ✓ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | = | No Data Available |

## 24 Month History — 24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 05/24 | $0 | = | = | 02/07/2019 | = | $2,907 | = | 158, 279, 248, 283 |
| 04/24 | $5,093 | = | = | 04/29/2024 | = | $2,907 | = | 279, 088, 283 |
| 03/24 | $5,094 | = | = | 03/01/2024 | = | $2,907 | = | 279, 248, 283 |
| 02/24 | $5,059 | = | = | 02/07/2019 | = | $2,907 | = | 279, 088, 283 |
| 01/24 | = | = | = | 02/07/2019 | = | | = | 220, 279, 088, 283 |
| 12/23 | = | = | = | 12/01/2023 | = | | = | 220, 279, 088, 283 |
| 11/23 | = | = | = | 11/01/2023 | = | | = | 220, 279, 248, 283 |
| 10/23 | $5,060 | = | = | 10/01/2023 | = | $2,907 | = | 248, 283 |
| 08/23 | $5,042 | = | = | 08/01/2023 | = | $2,907 | = | 248, 132, 283 |
| 07/23 | $5,042 | = | = | 07/01/2023 | = | $2,907 | = | 248, 132, 283 |

## EXHIBIT C: THD/CBNA



**THD/CBNA** - Closed

5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108 | (800) 950-5114
Account Number: **\*9417** | Owner: ▪
Loan/Account Type: **Charge Account** | Status: **Account Included In Bankruptcy**

Date Reported: **07/25/2024** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

| | | |
|---|---|---|
| Date Opened: **01/03/2021** | Date of 1st Delinquency: **11/09/2023** | Terms Frequency: ▪ |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **07/25/2024** | Months Reviewed: ▪ |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: **11/21/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **220, 280, 229** |

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ▪ | ▪ | ✓ | ▪ | ✓ | ✓ | ✓ | ▪ | ✓ | ▪ | ✓ | ▪ |
| 2022 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ▪ |
| 2021 | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |

| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

### 24 Month History

24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 11/23 | ▪ | ▪ | ▪ | 09/25/2023 | ▪ | ▪ | ▪ | 022, 220, 065, 280 |
| 10/23 | $379 | $29 | ▪ | 09/01/2023 | ▪ | $443 | $500 | 229, 233 |
| 09/23 | $443 | $42 | ▪ | 07/26/2023 | ▪ | $443 | $500 | 229, 233 |
| 08/23 | $405 | $29 | ▪ | 07/01/2023 | ▪ | $441 | $500 | 229, 233 |
| 07/23 | $441 | $34 | | 06/11/2023 | | $441 | $500 | 229, 233 |

# EXHIBIT D: SYNCB/CARE CREDIT



**SYNCB/CARE CREDIT**

PO Box 71757, Philadelphia, PA 191761757 | (866) 396-8254

Account Number: **\*2484** | Owner: =

Loan/Account Type: **Charge Account** | Status: **Charge Off**

Date Reported: **08/16/2024** | Balance: **$0**

Credit Limit: **$20,000** | High Credit: **$671**

Date Opened: **05/03/2018**

Date of Last Activity: =

Scheduled Payment Amount: =

Actual Payment Amount: **$0**

Date of Last Payment: **04/01/2023**

Term Duration: =

Date of 1st Delinquency: **06/01/2023**

Date Major Delinquency 1st Reported: =

Amount Past Due: **$0**

Charge Off Amount: **$671**

Date Closed: **05/01/2023**

Activity Designator: =

Terms Frequency: =

Months Reviewed: =

Deferred Payment Start Date: =

Balloon Payment Amount: =

Balloon Payment Date: =

Narrative Code(s): **229**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | = | = | = | = | = | = | = | = |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | = | = |
| 2020 | = | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | = | = | = | = | = | ✓ | ✓ |
| 2018 | = | = | = | = | = | = | = | = | = | = | ✓ | ✓ |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | **=** | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | = | = | = | 04/20/2023 | = | = | = | 220, 279, 229, 233 |
| 12/23 | = | = | = | 04/20/2023 | = | = | = | 220, 279, 229, 233 |
| 11/23 | = | = | = | 04/20/2023 | = | | | 022, 220, 280, 229 |
| 10/23 | $671 | $54 | = | 04/20/2023 | = | $977 | $20,000 | 065, 229, 233, 262 |
| 09/23 | $624 | $53 | = | 04/20/2023 | = | $977 | $20,000 | 065, 229, 233 |
| 08/23 | $578 | $51 | = | 04/20/2023 | $117 | $977 | $20,000 | 065, 229, 233 |
| 07/23 | $533 | $50 | = | 04/01/2023 | $67 | $977 | $20,000 | 065, 229 |

# EXHIBIT E: PENTAGON FEDERAL CREDIT UNION



**PENTAGON FEDERAL CR UN - Closed**

PO Box 1432, Alexandria, VA  223131432 | (703) 838-1000
Account Number: **\*1703** | Owner: ▪
Loan/Account Type: **Unsecured** | Status: **Account Included In Bankruptcy**

Date Reported: **07/25/2024** | Balance: **$0**
Credit Limit: ▪ | High Credit: ▪

| | | |
|---|---|---|
| Date Opened: **11/23/2020** | Date of 1st Delinquency: **03/01/2023** | Terms Frequency: ▪ |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **07/25/2024** | Months Reviewed: ▪ |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: **11/29/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: **Transfer/Sold** | Narrative Code(s): **220, 280, 123** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | 60 | 90 | 120 | 150 | 180 | CO | ▪ | ▪ | ▪ | ▪ | ▪ | |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History    **24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|------------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 10/23 | ▪ | | | 01/11/2023 | ▪ | ▪ | ▪ | 022, 220, 280 |
| 09/23 | $3,092 | ▪ | ▪ | 01/11/2023 | $3,092 | $3,377 | | 067, 174, 238 |
| 08/23 | $3,097 | $270 | ▪ | 01/11/2023 | $1,895 | $8,000 | | 264, 238 |
| 07/23 | $3,097 | $270 | | 01/11/2023 | $1,624 | $8,000 | | 263, 238 |

## EXHIBIT F: NORDSTROM/TD BANK



**NORDSTROM/TD BANK** - Closed

8502 E Princess Dr Ste 150, Scottsdale, AZ 852555488 | (800) 964-0006
Account Number: **\*6400** | Owner: ▪
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **11/16/2023** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

Date Opened: **12/02/2019**
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: ▪
Term Duration: ▪

Date of 1st Delinquency: **06/03/2023**
Date Major Delinquency 1st Reported: **11/16/2023**
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: ▪
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **220, 280, 002**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | ▪ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ✓ | ✓ | ▪ | ▪ | ✓ | ✓ |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

**24 Month History**  24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | ▪ | ▪ | ▪ | 03/26/2023 | ▪ | ▪ | ▪ | 220, 279, 002, 233 |
| 12/23 | ▪ | ▪ | ▪ | 03/26/2023 | ▪ | ▪ | ▪ | 220, 279, 002, 233 |
| 11/23 | | | ▪ | 03/26/2023 | | | | 220, 279, 002 |
| 10/23 | $5,972 | $255 | ▪ | 03/26/2023 | $1,318 | $5,972 | $5,000 | 065, 002, 233, 263 |
| 09/23 | $5,777 | $242 | ▪ | 03/26/2023 | $1,076 | $5,777 | $5,000 | 065, 002, 233, 262 |
| 08/23 | $5,593 | $240 | | 03/26/2023 | $836 | $5,593 | $5,000 | 065, 002, 233 |
| 07/23 | $5,409 | $234 | | 03/26/2023 | $602 | $5,409 | $5,000 | 002, 233 |

## EXHIBIT G: FNB OMAHA



**FNB OMAHA** - Closed

1620 Dodge St, Omaha, NE 681970003 | (800) 444-9375
Account Number: **\*2495** | Owner: =
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **11/16/2023** | Balance: =
Credit Limit: = | High Credit: =

Date Opened: **07/01/2021**
Date of Last Activity: =
Scheduled Payment Amount: =
Actual Payment Amount: =
Date of Last Payment: =
Term Duration: =

Date of 1st Delinquency: **03/09/2023**
Date Major Delinquency 1st Reported: **11/16/2023**
Amount Past Due: =
Charge Off Amount: =
Date Closed: =
Activity Designator: =

Terms Frequency: =
Months Reviewed: =
Deferred Payment Start Date: =
Balloon Payment Amount: =
Balloon Payment Date: =
Narrative Code(s): **220, 280, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | = | = |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | = | = | = | = | = | = | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | = | No Data Available |

### 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|------------|------------|------------|-----------|-----------|-----------|-----------------|
| 01/24 | = | = | = | 01/09/2023 | | = | = | 220, 279, 002, 233 |
| 12/23 | | = | = | 01/09/2023 | | | | 220, 279, 002, 233 |
| 11/23 | | | = | 01/09/2023 | | | | 220, 279, 002 |
| 10/23 | $19,228 | | = | 01/09/2023 | | $19,228 | $16,100 | 067, 002, 233, 174 |
| 09/23 | $19,228 | | = | 01/09/2023 | $19,228 | $19,228 | $16,100 | 067, 002, 233, 174 |
| 07/23 | $18,733 | $710 | | 01/09/2023 | $3,657 | $18,733 | $16,100 | 065, 002, 233, 263 |

# EXHIBIT H: (TWO) FIRST PREMIER ACCOUNTS



**FNB OMAHA** - Closed

1620 Dodge St, Omaha, NE 681970003 | (800) 444-9375    Date Reported: **11/16/2023** | Balance: ▫
Account Number: **\*2495** | Owner: ▫    Credit Limit: ▫ | High Credit: ▫
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Opened: **07/01/2021**    Date of 1st Delinquency: **03/09/2023**    Terms Frequency: ▫
Date of Last Activity: ▫    Date Major Delinquency 1st Reported: **11/16/2023**    Months Reviewed: ▫
Scheduled Payment Amount: ▫    Amount Past Due: ▫    Deferred Payment Start Date: ▫
Actual Payment Amount: ▫    Charge Off Amount: ▫    Balloon Payment Amount: ▫
Date of Last Payment: ▫    Date Closed: ▫    Balloon Payment Date: ▫
Term Duration: ▫    Activity Designator: ▫    Narrative Code(s): **220, 280, 002**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | **30** | **60** | **90** | **120** | **150** | **180** | **CO** | **CO** | ▪ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History    24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 01/24 | ▪ | ▪ | ▪ | 01/09/2023 | | | ▪ | 220, 279, 002, 233 |
| 12/23 | ▪ | ▪ | ▪ | 01/09/2023 | | ▪ | ▪ | 220, 279, 002, 233 |
| 11/23 | ▪ | ▪ | ▪ | 01/09/2023 | | | | 220, 279, 002 |
| 10/23 | $19,228 | ▪ | ▪ | 01/09/2023 | | ▪ | ▪ | 067, 002, 233, 174 |
| 09/23 | $19,228 | | ▪ | 01/09/2023 | $19,228 | $19,228 | $16,100 | 067, 002, 233, 174 |
| 07/23 | $18,733 | $710 | | 01/09/2023 | $3,657 | $18,733 | $16,100 | 065, 002, 233, 263 |

**FIRST PREMIER** Closed

3820 N Louise Ave, Sioux Falls, SD 571070145 | (800) 501-6535
Account Number: **\*4689** | Owner: ▪
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **07/25/2024** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

Date Opened: **12/23/2018**
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: ▪
Term Duration: ▪

Date of 1st Delinquency: **06/27/2023**
Date Major Delinquency 1st Reported: **07/25/2024**
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: **11/17/2023**
Activity Designator: ▪

Terms Frequency: ▪
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **220, 280, 166**

### Payment History



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | 90 | 120 | ▪ | ✓ | ✓ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | | | | | | | | | | | | |

|  | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|--|--------------|----|------------------|----|------------------|----|------------------|-----|-------------------|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

### 24 Month History  24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---------|-----------|-----------|-----------|---------|-----------|-----------|-----------|
| 01/24 | ▪ | ▪ | ▪ | 05/24/2023 | | ▪ | ▪ | 220, 279, 002, 233 |
| 12/23 | ▪ | ▪ | ▪ | 05/24/2023 | | ▪ | ▪ | 220, 279, 002, 233 |
| 11/23 | | | ▪ | 05/24/2023 | | | | 022, 220, 280, 002 |
| 10/23 | $1,281 | $90 | ▪ | 05/24/2023 | $385 | $1,281 | $1,000 | 002, 233, 001, 262 |
| 09/23 | $1,231 | $87 | ▪ | 05/24/2023 | $298 | $1,231 | $1,000 | 002, 233, 001 |
| 08/23 | $1,183 | $83 | ▪ | 05/24/2023 | $215 | $1,183 | $1,000 | 002, 233, 001 |
| 07/23 | $1,099 | $77 | | 05/24/2023 | $138 | $1,099 | $1,000 | 002, 233 |

# EXHIBIT I: CREDIT CARD FB&T



**CREDIT CARD FB&T** - Closed

PO BOX 84064, COLUMBUS, GA 31908 | (866) 686-2158
Account Number: **\*6595** | Owner: ▪
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **08/16/2024** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

| | | |
|---|---|---|
| Date Opened: **12/12/2019** | Date of 1st Delinquency: **09/10/2023** | Terms Frequency: ▪ |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: ▪ | Months Reviewed: ▪ |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: **09/01/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: **Closed** | Narrative Code(s): **220, 065, 002, 280** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | **60** | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 05/24 | | | | ▪ | | | | 022 |
| 04/24 | ▪ | ▪ | ▪ | 08/07/2023 | ▪ | ▪ | ▪ | 220, 279, 280, 065 |
| 03/24 | ▪ | ▪ | ▪ | 08/07/2023 | ▪ | ▪ | ▪ | 220, 279, 280, 065 |
| 02/24 | ▪ | ▪ | ▪ | 08/07/2023 | ▪ | ▪ | ▪ | 220, 279, 280, 065 |
| 01/24 | ▪ | ▪ | ▪ | 08/07/2023 | ▪ | ▪ | ▪ | 220, 279, 280, 065 |
| 12/23 | ▪ | ▪ | ▪ | 08/07/2023 | ▪ | ▪ | ▪ | 220, 279, 280, 065 |
| 11/23 | | | ▪ | 08/07/2023 | | | | 220, 279, 002 |
| 10/23 | $3,253 | $133 | | 08/01/2023 | | $3,253 | $3,000 | 065, 002 |
| 09/23 | $3,138 | $99 | | 08/07/2023 | $99 | $3,138 | $3,000 | 002, 233 |
| 08/23 | $2,847 | $97 | $97 | 08/01/2023 | | $3,002 | $3,000 | 002, 233 |
| 07/23 | $2,873 | $101 | $123 | 07/07/2023 | | $3,002 | $3,000 | 002, 233 |

# EXHIBIT J: DISCOVER CARD



**DISCOVER CARD - Closed**

PO BOX 30939, SALT LAKE CITY, UT 841300939 | (800) 347-2683

Date Reported: **07/25/2024** | Balance: ▪

Account Number: **\*4226** | Owner: ▪

Credit Limit: ▪ | High Credit: ▪

Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

| | | |
|---|---|---|
| Date Opened: **12/01/2019** | Date of 1st Delinquency: **11/13/2023** | Terms Frequency: ▪ |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **07/25/2024** | Months Reviewed: ▪ |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: **09/05/2023** | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **220, 280, 002** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▪ | ▪ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| ✔ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 11/23 | ▪ | ▪ | | 09/18/2023 | | ▪ | ▪ | 022, 220, 280, 002 |
| 10/23 | $1,245 | $44 | ▪ | 09/01/2023 | ▪ | $1,313 | $1,300 | 065, 002 |
| 09/23 | $1,313 | $96 | | 08/06/2023 | ▪ | $1,313 | $1,300 | 065, 002, 233 |
| 08/23 | $1,200 | $44 | ▪ | 08/01/2023 | | $1,228 | $1,300 | 002, 233 |
| 07/23 | $1,191 | $43 | | 07/09/2023 | | $1,228 | $1,300 | 002, 233 |

# EXHIBIT K: CAPITAL ONE BANK USA NA



**CAPITAL ONE BANK USA NA - Closed**

PO BOX 31293, Salt Lake City, UT 841311293 | (800) 955-7070

Account Number: **\*8598** | Owner: ▪

Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **07/25/2024** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

Date Opened: **11/30/2017**
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: ▪
Term Duration: ▪

Date of 1st Delinquency: **10/14/2023**
Date Major Delinquency 1st Reported: **07/25/2024**
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: **11/16/2023**
Activity Designator: **Closed**

Terms Frequency: ▪
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **220, 280, 065**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ▪ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | | ▪ | ▪ | 08/14/2023 | ▪ | ▪ | ▪ | 220, 279, 065, 002 |
| 12/23 | | ▪ | ▪ | 08/14/2023 | ▪ | ▪ | ▪ | 220, 279, 065, 002 |
| 11/23 | | ▪ | ▪ | 08/14/2023 | ▪ | ▪ | ▪ | 022, 220, 065, 280 |
| 10/23 | | | ▪ | 08/01/2023 | ▪ | | | 220, 279, 002 |
| 09/23 | $3,484 | $148 | ▪ | 08/14/2023 | ▪ | $3,484 | $3,300 | 002, 233 |
| 08/23 | $3,339 | $117 | ▪ | 08/01/2023 | ▪ | $3,339 | $3,300 | 002, 233 |
| 07/23 | $3,254 | $116 | | 07/14/2023 | | $3,283 | $3,300 | 002, 233 |

# EXHIBIT L: BEST EGG



**Best Egg** - Closed

PO BOX 42912, PHILADELPHIA, PA 19101 | (833) 707-1226
Account Number: **\*3369** | Owner: ◾
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **02/26/2024** | Balance: ◾
Credit Limit: ◾ | High Credit: ◾

Date Opened: **10/07/2022**
Date of Last Activity: ◾
Scheduled Payment Amount: ◾
Actual Payment Amount: ◾
Date of Last Payment: ◾
Term Duration: ◾

Date of 1st Delinquency: **05/25/2023**
Date Major Delinquency 1st Reported: ◾
Amount Past Due: ◾
Charge Off Amount: ◾
Date Closed: **08/15/2023**
Activity Designator: **Closed**

Terms Frequency: ◾
Months Reviewed: ◾
Deferred Payment Start Date: ◾
Balloon Payment Amount: ◾
Balloon Payment Date: ◾
Narrative Code(s): **220, 279, 280, 065**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | ◾ | ◾ |
| 2022 | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ◾ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ◾ | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 01/24 | ◾ | ◾ | ◾ | 04/27/2023 | | ◾ | ◾ | 220, 279, 065, 002 |
| 12/23 | | | ◾ | 04/27/2023 | | | | 220, 279, 065, 002 |
| 11/23 | | | ◾ | 04/27/2023 | | | | 220, 279, 065, 002 |
| 10/23 | $2,597 | $77 | ◾ | 04/27/2023 | $502 | $2,597 | $2,250 | 065, 002, 233, 263 |
| 09/23 | $2,545 | $76 | ◾ | 04/27/2023 | $425 | $2,545 | $2,250 | 065, 002, 233, 262 |
| 08/23 | $2,492 | $110 | ◾ | 04/27/2023 | $314 | $2,492 | $2,250 | 065, 002, 233 |
| 07/23 | $2,440 | $109 | | 04/27/2023 | $205 | $2,440 | $2,250 | 002, 233 |

.

# EXHIBIT M: WELLS FARGO CARD SERVICES



**WELLS FARGO CARD SERVICES** - Closed

PO Box 393, MINNEAPOLIS, MN 554800393 | (800) 642-4720
Account Number: **\*2685** | Owner: =
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **11/16/2023** | Balance: =
Credit Limit: = | High Credit: =

Date Opened: **02/05/2021**
Date of Last Activity: =
Scheduled Payment Amount: =
Actual Payment Amount: =
Date of Last Payment: =
Term Duration: =

Date of 1st Delinquency: **07/18/2023**
Date Major Delinquency 1st Reported: **11/16/2023**
Amount Past Due: =
Charge Off Amount: =
Date Closed: =
Activity Designator: =

Terms Frequency: =
Months Reviewed: =
Deferred Payment Start Date: =
Balloon Payment Amount: =
Balloon Payment Date: =
Narrative Code(s): **220, 065, 280, 002**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | = | = |
| 2022 | = | = | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | | | | | | | | | | | | |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | = | No Data Available |

## 24 Month History

24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|------------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | = | = | = | 06/12/2023 | = | = | = | 220, 279, 065, 002 |
| 12/23 | = | = | = | 06/12/2023 | = | = | = | 220, 279, 065, 002 |
| 11/23 | | | = | 06/12/2023 | | | | 220, 279, 065, 002 |
| 10/23 | $2,938 | $131 | = | 06/12/2023 | $445 | $2,938 | $2,600 | 065, 002, 233 |
| 09/23 | $2,836 | $126 | = | 06/12/2023 | $319 | $2,836 | $2,600 | 065, 002, 233 |
| 08/23 | $2,739 | $125 | = | 06/12/2023 | $194 | $2,739 | $2,600 | 065, 002, 233 |
| 07/23 | $2,642 | $123 | | 06/01/2023 | = | $2,642 | $2,600 | 002, 233 |

# EXHIBIT N: CAPITAL ONE/NEIMAN MARCUS



**CAPITAL ONE / NEIMAN MARCUS** - **Closed**

PO BOX 31293, DALLAS, TX 753729080 | (800) 685-6695

Date Reported: **11/16/2023** | Balance: =

Account Number: **\*3813** | Owner: =

Credit Limit: = | High Credit: =

Loan/Account Type: **Charge Account** | Status: **Account Included In Bankruptcy**

Date Opened: **05/02/2021**

Date of 1st Delinquency: **10/11/2023**

Terms Frequency: =

Date of Last Activity: =

Date Major Delinquency 1st Reported: **11/16/2023**

Months Reviewed: =

Scheduled Payment Amount: =

Amount Past Due: =

Deferred Payment Start Date: =

Actual Payment Amount: =

Charge Off Amount: =

Balloon Payment Amount: =

Date of Last Payment: =

Date Closed: =

Balloon Payment Date: =

Term Duration: =

Activity Designator: =

Narrative Code(s): **220, 065, 280, 229**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | = | = | = | = | = | = | = | = | = | = | = | = |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | = | No Data Available |

## 24 Month History

**24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|-----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | = | = | = | 08/03/2023 | = | = | = | 220, 279, 065, 229 |
| 12/23 | | | = | 08/03/2023 | | | | 220, 279, 065, 229 |
| 11/23 | | | = | 08/03/2023 | | | | 220, 279, 229 |
| 10/23 | $5,176 | $225 | = | 08/01/2023 | $167 | $5,176 | $5,000 | 229, 233 |
| 09/23 | $5,004 | $214 | = | 08/03/2023 | = | $5,004 | $5,000 | 229, 233 |
| 08/23 | $4,841 | $167 | = | 08/01/2023 | | $4,872 | $5,000 | 229, 233 |
| 07/23 | $4,084 | $129 | = | 07/13/2023 | | $4,084 | $5,000 | 229, 233 |

# EXHIBIT O: THE BANK OF MISSOURI



**THE BANK OF MISSOURI** - Closed

PO Box 400, Dixon, MO 654590400 | (866) 449-4514
Account Number: **\*4738** | Owner:
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **11/16/2023** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

Date Opened: **06/11/2017**
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: ▪
Term Duration: ▪

Date of 1st Delinquency: **07/14/2023**
Date Major Delinquency 1st Reported: **11/16/2023**
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: ▪
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **166, 220, 280, 002**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | ▪ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

## 24 Month History — 24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|----------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | ▪ | ▪ | ▪ | 06/11/2023 | | | ▪ | 166, 220, 279, 002 |
| 12/23 | | | ▪ | 06/11/2023 | | | | 166, 220, 279, 002 |
| 11/23 | | | ▪ | 06/11/2023 | | | | 166, 220, 279, 002 |
| 10/23 | $2,590 | $141 | ▪ | 06/11/2023 | $470 | $2,590 | $2,000 | 166, 065, 002, 233 |
| 09/23 | $2,470 | $136 | ▪ | 06/11/2023 | $334 | $2,470 | $2,000 | 166, 065, 002, 233 |
| 08/23 | $2,355 | $132 | ▪ | 06/01/2023 | $202 | $2,355 | $2,000 | 166, 065, 002 |
| 07/23 | $2,242 | $117 | ▪ | 06/11/2023 | ▪ | $2,242 | $2,000 | 166, 002, 233 |

# EXHIBIT P: CONTINENTAL FINANCE COMPANY



**Continental Finance Company** - Closed

4550 LINDEN HILL RD, STE 400, WILMINGTON, DE 198082952 | (866) 449-4514

Date Reported: **11/16/2023** | Balance: ▪

Account Number: **\*2489**  Owner: ▪

Credit Limit: ▪ | High Credit: ▪

Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Opened: **07/09/2017**

Date of 1st Delinquency: 08/12/2023

Terms Frequency: ▪

Date of Last Activity: ▪

Date Major Delinquency 1st Reported: **11/16/2023**

Months Reviewed: ▪

Scheduled Payment Amount: ▪

Amount Past Due: ▪

Deferred Payment Start Date: ▪

Actual Payment Amount: ▪

Charge Off Amount: ▪

Balloon Payment Amount: ▪

Date of Last Payment: ▪

Date Closed: ▪

Balloon Payment Date: ▪

Term Duration: ▪

Activity Designator: ▪

Narrative Code(s): **220, 280, 002**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | **30** | **60** | ▪ | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | **▪** | No Data Available |

## 24 Month History     24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|--------------------------|------------------------|-------------------|-----------------|-------------|--------------|-----------------|
| 01/24 | ▪ | ▪ | ▪ | 07/10/2023 | ▪ | ▪ | | 220, 279, 002, 233 |
| 12/23 | | | ▪ | 07/10/2023 | | | | 220, 279, 002, 233 |
| 11/23 | | | ▪ | 07/10/2023 | | | | 220, 279, 002, 233 |
| 10/23 | $2,375 | $133 | ▪ | 07/10/2023 | $326 | $2,375 | $2,000 | 065, 002, 233 |
| 09/23 | $2,262 | $129 | ▪ | 07/10/2023 | $197 | $2,262 | $2,000 | 065, 002, 233 |
| 08/23 | $2,153 | $114 | | 07/01/2023 | ▪ | $2,153 | $2,000 | 065, 002 |
| 07/23 | $2,058 | $83 | $80 | 07/10/2023 | | $2,058 | $2,000 | 002, 233 |



**FIRST TECH FEDERAL CU** - Closed

PO Box 2100, Beaverton, OR  970752100 | (855) 855-8805
Account Number: **\*6009** | Owner: ▪
Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Reported: **11/16/2023** | Balance: ▪
Credit Limit: ▪ | High Credit: ▪

Date Opened: **10/14/2021**
Date of Last Activity: ▪
Scheduled Payment Amount: ▪
Actual Payment Amount: ▪
Date of Last Payment: ▪
Term Duration: ▪

Date of 1st Delinquency: **06/26/2023**
Date Major Delinquency 1st Reported: **11/16/2023**
Amount Past Due: ▪
Charge Off Amount: ▪
Date Closed: ▪
Activity Designator: ▪

Terms Frequency: ▪
Months Reviewed: ▪
Deferred Payment Start Date: ▪
Balloon Payment Amount: ▪
Balloon Payment Date: ▪
Narrative Code(s): **220, 065, 280, 002**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | CO | CO | ▪ | ▪ |
| 2022 | ▪ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ |

| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
|----|----|----|----|----|----|----|----|----|----|
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | ▪ | No Data Available |

**24 Month History**   24 Months not  provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|------|---------|---------|---------|---------|---------|---------|---------|---------|
| 01/24 | ▪ | ▪ | ▪ | 04/27/2023 | ▪ | ▪ | ▪ | 220, 279, 065, 002 |
| 12/23 | ▪ | ▪ | ▪ | 04/27/2023 | ▪ | ▪ | ▪ | 220, 279, 065, 002 |
| 11/23 | ▪ | ▪ | ▪ | 04/27/2023 | ▪ | | | 220, 279 |
| 10/23 | $10,435 | ▪ | ▪ | 04/27/2023 | $10,435 | $10,435 | $10,000 | 067, 065, 002, 233 |
| 09/23 | $10,435 | ▪ | ▪ | 04/27/2023 | $10,435 | $10,435 | $10,000 | 067, 065, 002, 233 |
| 08/23 | $10,265 | $205 | ▪ | 04/27/2023 | $392 | $10,265 | $10,000 | 002, 233 |
| 07/23 | $10,095 | $201 | | 04/27/2023 | $193 | $10,095 | $10,000 | 002, 233 |

# EXHIBIT R: AMERICAN EXPRESS



**AMERICAN EXPRESS - Closed**

PO Box 981537, El Paso, TX 799981537 | (800) 874-2717

Date Reported: **11/16/2023** | Balance: ▪

Account Number: **\*4113** | Owner: ▪
Credit Limit: ▪ | High Credit: ▪

Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

Date Opened: **10/27/2020**       Date of 1st Delinquency: **11/16/2023**       Terms Frequency: ▪
Date of Last Activity: ▪       Date Major Delinquency 1st Reported: **11/16/2023**   Months Reviewed: ▪
Scheduled Payment Amount: ▪       Amount Past Due: ▪       Deferred Payment Start Date: ▪
Actual Payment Amount: ▪       Charge Off Amount: ▪       Balloon Payment Amount: ▪
Date of Last Payment: ▪       Date Closed: ▪       Balloon Payment Date: ▪
Term Duration: ▪       Activity Designator: ▪       Narrative Code(s): **220, 065, 280, 002**

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▪ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ |

| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** | 120 Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** | Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ | No Data Available |

## 24 Month History          **24 Months not provided**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---------|---------|---------|---------|---------|---------|---------|---------|
| 10/23 | $899 | $40 | | | | $899 | $1,000 | 002, 233 |
| 09/23 | $715 | $40 | ▪ | ▪ | ▪ | $733 | $1,000 | 002, 233 |
| 08/23 | $562 | $40 | | | | $733 | $1,000 | 002, 233 |
| 07/23 | $645 | $40 | | | | $733 | $1,000 | 002, 233 |

# EXHIBIT S: SYNC/BELK DUAL CARD



**SYNCB/BELK DUAL CARD** - Closed

PO Box 71750, Philadelphia, PA 191761750 | (866) 396-8254

Date Reported: **09/27/2023** | Balance: ▪

Account Number: **\*3083** | Owner: ▪

Credit Limit: ▪ | High Credit: ▪

Loan/Account Type: **Credit Card** | Status: **Account Included In Bankruptcy**

| | | |
|---|---|---|
| Date Opened: **12/15/2019** | Date of 1st Delinquency: **03/01/2023** | Terms Frequency: ▪ |
| Date of Last Activity: ▪ | Date Major Delinquency 1st Reported: **09/27/2023** | Months Reviewed: ▪ |
| Scheduled Payment Amount: ▪ | Amount Past Due: ▪ | Deferred Payment Start Date: ▪ |
| Actual Payment Amount: ▪ | Charge Off Amount: ▪ | Balloon Payment Amount: ▪ |
| Date of Last Payment: ▪ | Date Closed: ▪ | Balloon Payment Date: ▪ |
| Term Duration: ▪ | Activity Designator: ▪ | Narrative Code(s): **220, 280, 002** |

## Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | **30** | **60** | **90** | **120** | **150** | **180** | ✓ | ▪ | ✓ | ▪ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due | **120** 120 Days Past Due |
| **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender | **F** | Foreclosure | **C** Collection Account |
| **CO** | Charge Off | **B** | Included in Bankruptcy | **R** | Repossession | **TN** | Too New to Rate | ▪ No Data Available |

**24 Month History**     24 Months not provided

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 08/23 | $5,445 | $211 | | 02/21/2023 | $1,107 | $5,445 | $4,760 | 065, 002, 233, 263 |
| 07/23 | $5,289 | $206 | ▪ | 02/21/2023 | $901 | $5,289 | $4,760 | 065, 002, 233, 262 |